# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **A.M.Y.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-477 (MTT) |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff A.M.Y. seeks attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), for 16 hours of fees withheld from the plaintiff after the Commissioner granted her claim for past due benefits on remand. Doc. 26. The Commissioner's response takes no position on the plaintiff's motion for attorney's fees. Doc. 28. United States Magistrate Judge Charles H. Weigle recommends granting the plaintiff's motion for attorney's fees. Doc. 29. Neither party objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.

After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 26) is **ADOPTED** and made the Order of the Court. Accordingly, the plaintiff's motion for attorney's fees is **GRANTED** and the plaintiff is awarded $3,200.00 in attorney's fees from her past due benefits pursuant to 42 U.S.C. § 406(b).

**SO ORDERED**, this ____1st____ day of November, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT