IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANNA MARIE YOUNG, | * |
| Plaintiff, | * |
| v. | Case No.   5:20-cv-00477-MTT-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed November 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,200.00.

This 1st day of November, 2024.

David W. Bunt, Clerk

s/  Erin Pettigrew, Deputy Clerk